# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHELM, <br><br>    Plaintiff, <br><br>v. <br><br>CENTENNIAL RESOURCE DEVELOPMENT, INC., STEVEN J. SHAPIRO, MAIRE A. BALDWIN, JEFFREY H. TEPPER, MATTHEW G. HYDE, VIDISHA PRASAD, PIERRE F. LAPEYRE, JR., DAVID M. LEUSCHEN, SEAN R. SMITH, and ROBERT M. TICHIO, <br><br>    Defendants. | ) <br> ) <br> ) Case No. 1:22-cv-01053-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 21, 2022       **LONG LAW, LLC**

              By: */s/ Brian D. Long*
                  Brian D. Long (#4347)3
                  3828 Kennett Pike, Suite 208
                  Wilmington, DE 19807
                  Telephone: (302) 729-9100
                  Email: BDLong@longlawde.com

                  *Attorneys for Plaintiff*